2-751138

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

06-23106
CIV-MORENO
MAGISTRATE JUDGE
SIMONTON

---------------------------------------------- )
ZIM AMERICAN INTEGRATED     )
SHIPPING SERVICES, INC.,    )
                            )
            Plaintiff,      )
                            )
      - against -           )
                            )
HOWARD DONHAUSER, SR., and  )
DYB CHARTER & YACHT SALES,  )
                            )
            Defendants.     )
---------------------------------------------- )

CIVIL COMPLAINT
IN ADMIRALTY

Plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC., by its attorneys WALTON LANTAFF SCHROEDER & CARSON, as and for its Complaint against defendants, HOWARD DONHAUSER, SR., and DYB CHARTER & YACHT SALES, in personam, in a cause of action civil and maritime, alleges upon information and belief:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Ocean Shipping Reform Act of 1999, 46 U.S.C. App. Section 1701, et seq.

2. At all times hereinafter mentioned, plaintiff, ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC. was and still is a corporation organized and existing under the laws of the State of New York, with offices and a place of business at 5801 Lake Wright Drive, Norfolk, VA 23502.

3. Upon information and belief and at all times hereinafter mentioned, defendants had and now have the legal status and place of business at set forth in Schedule A.

4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendants pursuant to plaintiff's published tariff, all as set forth in Schedule A.

5. Thereafter, the said goods were transported to the ports of destination and delivered to the consignee and/or its agents.

6. Plaintiff has performed all duties and obligations required to be performed by plaintiff.

7. Defendants have failed and refused and continue to fail and to refuse to remit the balance due of $5,581.00, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $5,581.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and reasonable attorney's fees.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendants citing them to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: Miami, Florida
December 18, 2006

WALTON LANTAFF SCHROEDER & CARSON

By _____
Lawrence D. Smith
Florida Bar No. 323594
Attorneys for Plaintiff
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.
9350 Financial Centre
9350 South Dixie Highway, 10th Floor
Miami, FL 33156
(305) 671-1300

OF COUNSEL:
LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

## SCHEDULE A

I. <u>Defendant's status & address:</u>

    A. Upon information and belief and at all times hereinafter mentioned, defendant HOWARD DONHAUSER, SR. was and still is a natural person and resident of the State of Florida, residing at 1514 Royal Palm Drive, Edgewater, FL 32132.

    B. Upon information and belief and at all times hereinafter mentioned, defendant DYB CHARTER & YACHT SALES was and still is a company organized and existing under the laws of the State of Florida, with offices and a place of business at 1514 Royal Palm Drive, Edgewater, FL 32132.

II. <u>Particulars</u>:

    1. Bill of Lading No. ZIMUORF99206, on or about February 1, 2005, from Savannah to Piraeus on the Vessel ZIM EUROPA, one (1) forty-foot container SAID TO CONTAIN: ONE BERTRAM CRUISER, at the applicable tariff charge of $5,581.00 (Exhibit A).

Amount Paid: $0                        Amount Due: $5,581.00

III. <u>Total Amount Due: $5,581.00</u>

# BILL OF LADING

**ZIM INTEGRATED SHIPPING SERVICES LTD.**  
ZIM CONTAINER SERVICE

| SHIPPER / EXPORTER (NAME & ADDRESS) | BOOKING No. | BILL OF LADING No. |
|---|---|---|
| HOWARD DONHAUSER, SR.<br>DYB CHARTER & YACHT SALES<br>1514 ROYAL PALM DRIVE EDGEWATER, FL,<br>32132 USA PHONE 386-409-0854 | ORF69139 | ZIMUORF99206 |

EXPORT REFERENCES

| CONSIGNEE (NAME & ADDRESS) | FORWARDING AGENT F.M.C. No. |
|---|---|
| MICHAEL FRAGETIS<br>LEOFOROS TATOIOU 235<br>ACHARNES, ATTIKI GREECE 13671 PHONE<br>30(210)8000488 MOBILE 30-6945590452 | |

POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY)

(B/L NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

NOTIFY (NAME & ADDRESS) — REMARKS / EXPORT OR OTHER INSTRUCTIONS

• FOR DEFINITION SEE CLAUSE 2 OVERLEAF •

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT OF GOODS* (IF CONTRACTED FOR) | |
|---|---|---|
| LOADING VESSEL* | VOY. | PORT OF LOADING* |
| ZIM EUROPA | 30/E | SAVANNAH |
| PORT OF DESTINATION* | FINAL DESTINATION* (IF CONTRACTED FOR) | FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY) |
| PIRAEUS | | |

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| AMZU4212362-40'-SEAL#N/A | DESCRIPTION DETAILS AS PER ATTACHED RIDER<br>7 PCE | 11820LBS/5361KGS | |

**NON-NEGOTIABLE**

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| DETAILS | | RATE | | TOTAL FREIGHT | |
|---|---|---|---|---|---|
| | | PER | AMOUNT | PREPAID | COLLECT |
| FREIGHT PREPAID | FREIGHT | UNIT | 5375.00 | 5375.00 | DL |
| | BUNKER/FUEL | UNIT | 100.00 | 100.00 | DL |
| CY/CY | CUSTOM | U | 100.00 | 100.00 | DL |
| SHIPPERS/LOAD/COUNT/STOW | INTERNATIONAL | UNIT | 6.00 | 6.00 | DL |
| | AD VALOREM FREIGHT | | | | |

MERCHANT'S DECLARED VALUE OF GOODS:
If Merchant enters a value, Carriers "package" limitation of liability shall not apply and ad valorem freight will be charged (See Clause 23)

$US 5581.00

NOTE: Received in apparent good order and condition, unless otherwise stated herein, for shipment on board the means of transportation (vessel, truck, rail or air) as named herein, the goods or packages or containers said to contain goods specified herein for carriage from the port of loading named herein or place of receipt of goods as named therein, if contracted for, on a voyage as described and agreed by this Bill of Lading and discharge at the port of destination or final destination named herein, if contracted for such carriage discharge or delivery being always subject to the terms, exceptions, limitations, conditions and liberties hereinafter agreed.
Weight, measure, marks, numbers, quality, contents and value as declared by Shipper but unknown to the Carrier.
In accepting this Bill of lading the Merchant expressly accepts and agrees to be bound by all the terms, stipulations, exception, limitations, liberties and conditions stated herein, whether written, printed, stamped or otherwise incorporated on the front and/or reverse side hereof as well as the provisions of the Carrier's published Tariff Rules, Regulations and schedules, without exceptions, as fully as if they were all signed by the Merchant, and the Carrier's undertaking to carry the goods is made on the basis of the Merchant's acceptance and agreements as aforesaid.

IN WITNESS whereof the Master or Agent of the said vessel has signed the number of original Bills of Lading stated below. All of this tenor and date. If this Bill of Lading is consigned to order, one shall be surrendered before delivery and the others to stand void.

| FREIGHT PAYABLE AT | No. OF ORIGINAL B/L ISSUED |
|---|---|
| NORFOLK | 3 |

PLACE AND DATE OF ISSUE

The Merchant's attention is drawn to the fact that the terms of the Bill of Lading are continued on reverse side hereof and include limitations of liability in respect of loss or damage to the goods and delay. The package limitation mentioned in Clause 23 will not be applicable in the event that contents are carefully declared, itemized, valued by the Merchant prior to loading and Ad Valorem Freight is paid or contracted for. Goods carried in containers are carried in accordance with and subject to Carrier's container relay service (see Cl. 1 overleaf) and Carrier's Container Rules and Tariffs (see Clauses 10, 11, 12 & 19 overleaf).

**EXHIBIT "A"**

As Agents for Zim Integrated Shipping Services Ltd.
As Carrier

4wNORFOLK,VA  04/24/20051w

4wZIM CONTAINER SERVICE

5wNON - NEGOTIABLE4w1w1w1w

```
***  CONTAINERS OF ZEU,30/E - USSAV - GRPIE - ZIMUORF99206  *** PAGE 1
================================================================

Item Container #     Seal number              Weight (Lbs)   Weight (Kgs)    Size
---- -----------     -----------     ------   ------------   ------------    ----
  1  AMZU4212362     N/A              7 PCE       11820            5361       40'
```

```
***   DESCRIPTIONS OF ZEU,30/E - USSAV - GRPIE - ZIMUORF99206   ***PAGE 2
====================================================================
FLORIDA            1 CNT   1 X 40'FR CONTAINER SLAC:         5361KG
REGISTRATION               ONE (1) 1973-28' BERTRAM          11820LB
(FLO261GV)                 FLYBRIDGE CRUISER, COMPLETE
HULL NUMBER                WITH TWO (2) FORD
(BER-00794-1172            PLEASURECRAFT FWC ENGINES, 255
)                          HP; (2) BIMINI TOPS; ANCHOR AND
BOAT NAME:                 RODE; LEE
EUPHORIA                   OUTRIGGERS; FIGHTING CHAIR;
SHRINK WRAPPED             SWIM PLATFORM; TRIM TABS;
                           BATTERY CHARGER; (2) VHF
                           RADIO; AQUA DEPTH; FURUNO
                           FCV582 FISHFINDER; GARMIN 215
                           GPS; SAFETY EQUIPMENT;
                           SPARE PROPS; SPARE HEAT
                           EXCHANGE; SPARE ALTERNATOR
```

```
                CHARGES OF ZEU,30/E - USSAV - GRPIE - ZIMUORF99206
                          R  A  T  E
                DETAILS   PER  AMOUNT     PREPAID  COLLECT
                ------------------------------------------------
                FREIGHT        UNIT 5375.00  5375.00  DL
                BUNKER/FUEL    UNIT 100.00    100.00  DL
                CUSTOM         U    100.00    100.00  DL
                INTERNATIONAL  UNIT 6.00        6.00  DL
                                             ----------------
                                         $US 5581.001w
```

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

06-23106

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**CIV-MORENO**

### I. (a) PLAINTIFFS
ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC.

### DEFENDANTS
HOWARD DONHAUSER, SR., and DYB CHARTER & YACHT SALES

**MAGISTRATE JUDGE SIMONTON**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Independent City
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Volusia
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Walton Lantaff Schroeder & Carson
9350 South Dixie Highway, 10th Fl.
Miami, FL 33156      (305) 671-1300

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: (DADE), MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

### II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

DADE/06-23106-CV/MORENO/SIMONTON

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | A OR B |
| | | B☐ 555 Prison Condition | | | |

### VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
Violation of the Ocean Shipping Reform Act of 1999, 46 U.S.C. App. Section 1701 et seq., non-payment of ocean freight

LENGTH OF TRIAL via ___ days estimated (for both sides to try entire case)

### VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

DEMAND $ 5,581.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

### VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD
**LAWRENCE D. SMITH**

**FOR OFFICE USE ONLY**
RECEIPT # 952355   AMOUNT 350.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____